IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KELVIN SETTLE
Reg #26754-044                                                                    PLAINTIFF

v.                        Case No. 2:10-cv-153-DPM-BD

T.C. OUTLAW,
Warden, FCI-Forrest City                                                          DEFENDANT

ORDER

The Court has reviewed United States Magistrate Judge Beth Deere's Recommended Disposition — to which Kelvin Settled objected. After a *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Magistrate Judge Deere's proposal as its own. Kelvin Settle's petition for writ of habeas corpus is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2011